IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JONATHAN R.,

    Plaintiff,

    v.                                               Case No. 2:23cv125 (EWH)

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on March 20, 2024 (ECF No. 19). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)    The Report and Recommendation (ECF No. 19) is ADOPTED as the opinion of this Court.

(2)    Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.

(3)    The relief requested by the Defendant (ECF No. 12) is GRANTED, and accordingly, the final decision of the Commissioner is AFFIRMED.

(4)    This case is CLOSED.

The Clerk is DIRECTED to send a copy of this Final Order to Plaintiff and all counsel of record.

It is SO ORDERED.

                                                        /s/
                                          Elizabeth W. Hanes
                                          United States District Judge

Norfolk, Virginia
Date: April 16, 2024